AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Huber Heights Veterans Club, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:22-cv-00159 |
| Kevin A. Bowman, et al. ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** GRANTING DEFENDANTS MOTION TO DISMISS; DISMISSING THIS CASE WITH PREJUDICE; DENYING AS MOOT ALL PENDING MOTIONS; AND TERMINATING THIS CASE ON THE DOCKET.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Michael J. Newman on a motion for Dismiss

Date: 1/31/2024

CLERK OF COURT

*Sophia R. Bryan*
Signature of Clerk or Deputy Clerk