# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 12, 2024

Mr. Richard W. Nagel
Southern District of Ohio at Dayton
200 W. Second Street
Suite 712 Federal Building
Dayton, OH 45402-0000

           Re:  Case No. 24-3342, *Huber Heights Veterans Club, Inc. v. Kevin Bowman, et al*
                  Originating Case No. 3:22-cv-00159

Dear Clerk,

    Enclosed is a copy of the mandate filed in this case.

                                                    Sincerely yours,

                                                      s/Robin L Baker, Case Manager for
                                                      Gretchen S. Abruzzo, Case Manager

cc:  Mr. Dwight D. Brannon
      Mr. Charles Joseph Simpson

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 24-3342

_____

Filed: December 12, 2024

HUBER HEIGHTS VETERANS CLUB, INC.

     Plaintiff - Appellant

v.

KEVIN ARTHUR BOWMAN; TIMOTHY R. WEBB; VOITURE NATIONALE LA SOCIETE DES QUARANTE HOMMES ET HUIT CHEVAUX; JESSIKA N. WEBB; FRANK W. KRONEN; JOSEPH M. DOLWIG

     Defendants - Appellees

## MANDATE

   Pursuant to the court's disposition that was filed 10/15/2024 the mandate for this case hereby issues today.

 COSTS:  None